## 1
### W. F. BUNDY v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit.
November 12, 1926.)

No. 4674.

In Error to the District Court of the United States for the Middle District of Tennessee; Harry B. Anderson, Judge.

John W. Hilldrop, of Nashville, Tenn., for plaintiff in error.

A. V. McLane, U. S. Atty., and Howard B. Shofner, Asst. U. S. Atty., both of Nashville, Tenn.

PER CURIAM. Dismissed for failure to file brief under rule 20.

## 2
### Willie BURCHER, Appellant, v. J. C. NOEL, Collector of Internal Revenue for the United States for the Second District of Virginia, Appellee.

(Circuit Court of Appeals, Fourth Circuit.
April 26, 1926.)

No. 2483.

Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk.

J. Winston Read, of Newport News, Va., for appellant.

Paul W. Kear, U. S. Atty., of Norfolk, Va., for appellee.

PER CURIAM. On confession of error, decree of District Court reversed, and cause remanded, with directions to take such action in the premises as may be necessary. Decree filed.

## 3
### P. R. CALLAHAN, Appellant, v. ARMOUR & CO., Appellee. In re FORSCH & CO., Inc., a Bankrupt.

(Circuit Court of Appeals, Fourth Circuit.
April 22, 1926.)

No. 2512.

Appeals from the District Court of the United States for the Northern District of West Virginia, at Wheeling.

Wm. C. Howard, of Wheeling, W. Va., for appellant.

McCamic & Clarke, of Wheeling, W. Va., for appellee.

PER CURIAM. Order docketing and dismissing cause under rule 16 filed.

15 F.(2d)—64

## 4
### C. G. CATE v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit.
June 30, 1926.)

No. 4350.

In Error to the District Court of the United States for the Eastern District of Tennessee; Zenophon Hicks, Judge.

Shepherd & Carden, of Chattanooga, Tenn., for plaintiff in error.

George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Judgment of the District Court affirmed, on the authority of Boyd v. United States, 271 U. S. 104, 46 S. Ct. 442, 70 L. Ed. 857, decided April 19, 1926.

## 5
### Charles CHALK v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit.
May 14, 1926.)

No. 4539.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.

D. B. Puryear, of Memphis, Tenn., for plaintiff in error.

S. E. Murray, U. S. Atty., and W. H. Fisher, Asst. U. S. Atty., both of Memphis, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

## 6
### JOHNSON & WIMSATT, Inc., Claimant and Owner of the Schooner CHARLES L. ROHDE, Appellant, v. G. A. HAX and J. B. William Hax, Copartners Trading as G. A. Hax & Co., Appellees.

(Circuit Court of Appeals, Fourth Circuit.
May 13, 1926.)

No. 2515.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore.

For opinion below, see 8 F.(2d) 506.

John Henry Skeen, of Baltimore, Md., for appellant.

George W. P. Whip, of Baltimore, Md., for appellees.

PER CURIAM. Cause dismissed under rule 20, per agreement of counsel.